| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lane M. Nussbaum SBN 264200<br>Nussbaum APC<br>27489 Agoura Rd. Ste. 102<br>Agoura Hills, CA 91301<br>Tel (818) 660-1919<br>Fax: (818) 864-3241 | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Magnum Property Investments, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES

| In re:<br>COSME R. SIBRIAN | CASE NO.: 2:20-bk-10198-VZ |
|---|---|
| | CHAPTER: 13 |
| | **AMENDED NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(I)**<br>**(with supporting declarations)**<br>**(UNLAWFUL DETAINER)** |
| Debtor(s). | DATE: 02/11/2020<br>TIME: 9:30 am<br>COURTROOM: 1368 |

**Movant**: Magnum Property Investments, LLC

1. **Hearing Location**:

   ☒ 255 East Temple Street, Los Angeles, CA 90012     ☐ 411 West Fourth Street, Santa Ana, CA 92701

   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367     ☐ 1415 State Street, Santa Barbara, CA 93101

   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

100383015

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d).  If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7. ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b).  If you wish to oppose this motion, you must file and serve a response no later than (*date*) _____ and (*time*) _____; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☐ An application for order setting hearing on shortened notice was filed and remains pending.  After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date:  January 16, 2020

Nussbaum APC
_____
Printed name of law firm (if applicable)

Lane Nussbaum
_____
Printed name of individual Movant or attorney for Movant

_____
Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 2                    **F 4001-1.RFS.UD.MOTION**

100383015

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER
## CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY
### (Unlawful Detainer)

1. **Movant is the:**

   a. ☒ Owner of the Property
   b. ☐ Authorized Agent of the owner of the Property
   c. ☐ Other (*specify*):

2. **The Property at Issue (Property):**

   Type of Property: ☒ Residential   ☐ Nonresidential

   *Street Address*: 3715 E. 52nd Unit A
   *Unit/Suite Number*:
   *City, State, Zip Code*: Maywood, CA, 90270

3. **Bankruptcy Case History:**

   a. ☒ A voluntary   ☐ An involuntary   petition under chapter   ☐ 7 ☐ 11 ☐ 12 ☒ 13
      was filed on (*date*): January 09, 2020

   b. ☐ An order to convert this case to chapter   ☐ 7 ☐ 11 ☐ 12 ☐ 13
      was entered on (*date*):

   c. ☐ A plan was confirmed on (*date*):

4. **Pursuant to 11.U.S.C. § 362(b)(22) and (23) there is no stay because (*check all that apply*):**

   a. ☒ Movant commenced an eviction, unlawful detainer action or similar proceeding against the Debtor involving
      residential property in which the Debtor resides and:

      (1) ☒ The Debtor has not filed and served on Movant the certification required under 11 U.S.C. § 362(l)(1).

      (2) ☒ The Debtor or adult dependent of the Debtor has not deposited with the clerk any rent that would become
          due during the 30-day period after the filing of the petition.

      (3) ☒ The Debtor or adult dependent of the Debtor has not filed and served on Movant the further certification
          required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has
          been cured.

      (4) ☐ Movant filed and served an objection to the Debtor's certification.  A copy of the objection is attached as
          Exhibit _____.  A hearing on this objection is set for (*date*) _____.

5. **Grounds for Relief from Stay:** (*check all that apply*)

   a. ☒ Pursuant to 11 U.S.C. § 362(d)(1), cause exists because, as of the bankruptcy petition date, the Debtor had
      no right to continued occupancy of the premises, as follows:

      (1) ☒ Movant caused a notice to quit to be served on the Debtor.

      (2) ☒ An unlawful detainer proceeding was commenced on (*date*) _November 08, 2019_.

      (3) ☒ An unlawful detainer judgment was entered on (*date*) _January 14, 2020_.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

100383015

(4) ☒ Movant acquired title to the Property by foreclosure sale before the bankruptcy petition was filed and recorded the deed within the period provided by state law for perfection.

(5) ☐ Movant acquired title to the Property by foreclosure sale after the bankruptcy petition was filed and recorded the deed within the period provided by state law for perfection.

b. ☒ Pursuant to 11 U.S.C. § 362(d)(1) the Debtor's right to possession should be terminated because (*check all that apply*):

(1) ☐ The lease or other right of occupancy expired by its terms on (*date*) _____.

(2) ☒ The lease has matured, been rejected or deemed rejected by operation of law on (*date*) _11/04/2019_____.

(3) ☒ Lease payments have not been made after the filing of the bankruptcy petition.

(4) ☐ An unlawful detainer action was filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant filed and served upon the Debtor a certification that ☐ such an action was filed or
☐ that within the 30 days preceding the certification, the Debtor has endangered the subject Property or illegally allowed the use of controlled substances on the Property. A copy of Movant's certification is attached as Exhibit _____. The Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of the Debtor's objection, if any, is attached as Exhibit _____. A hearing on this objection is set for (*date*) _____.

(5) ☒ The bankruptcy case was filed in bad faith:

(A) ☐ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

(B) ☒ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

(C) ☐ The Debtor filed only a few case commencement documents. No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

(D) ☐ There was a recent transfer of all or part ownership of, or other interest in the Property without the consent of the Movant or court approval.

c. ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has no equity in the Property; and pursuant to 11 U.S.C. § 362(d)(2)(B), the Property is not necessary to an effective reorganization.

6. **Grounds for Annulment of the Stay.** Movant took postpetition actions against the Property or the Debtor:

a. ☒ These actions were taken before Movant knew the bankruptcy petition was filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

c. ☐ Other:

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 4                          **F 4001-1.RFS.UD.MOTION**

100383015

7.  **Evidence in Support of Motion:** (*Important Note: Declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.*)

    a.  The UNLAWFUL DETAINER DECLARATION on page 7.

    b.  ☒  Supplemental declaration(s).

    c.  ☐  Other (*specify*):

**Movant requests the following relief.**

1.  Relief from stay pursuant to:  ☒ 11 U.S.C. § 362(d)(1)  ☒ 11 U.S.C. § 362(d)(2)

2.  ☒  Movant (and any successors or assigns) may proceed under applicable nonbankruptcy law to enforce its remedies to obtain possession of the Property.

3.  ☐  Confirmation that there is no stay in effect.

4.  ☒  The stay is annulled retroactive to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the Property shall not constitute a violation of the stay.

5.  ☐  The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

6.  ☒  The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

7.  ☐  A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of this motion:
    ☐  without further notice.
    ☐  upon recording of a copy of the order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

8.  ☒  Relief from stay is granted under 11 U.S.C. § 362(d)(4), if the order granting this motion is recorded in compliance with state laws governing notices of interest or liens in real property, the order is binding in any other case under this title purporting to affect the Property filed not later than two years after the date of entry of such order, except that a debtor in a subsequent case under this title may move for relief from the order based upon changed circumstances or for good cause shown, after notice and a hearing.

9.  ☒  The order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:
    ☒  without further notice.
    ☐  upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

10.  ☐  The order is binding in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of such order, except that a debtor in a subsequent case may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

11.  ☐  The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 5                            **F 4001-1.RFS.UD.MOTION**

100383015

12. ☐ If relief from stay is not granted with respect to the Property because the Property is the subject of a lease that may be assumable;

    a. ☐ Establishment of a deadline for assumption or rejection of the lease.

    b. ☐ Adequate protection in the form of regular payments at the lease rate from petition date until assumption or rejection of the lease.

13. ☐ Other relief requested.

Date: <u>January 16, 2020</u>

 

Nussbaum APC
_____
Print name of law firm (*if applicable*)

Lane Nussbaum
_____
Print name of individual Movant or attorney for Movant (*if applicable*)

*[signature]*
_____
Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 6                    **F 4001-1.RFS.UD.MOTION**

100383015

## UNLAWFUL DETAINER DECLARATION

I, (*name of declarant*) ___Colleen Riojas_____, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the Property because (*specify*):

   a. ☐ I am the Movant and owner of the Property.

   b. ☒ I manage the Property as the authorized agent for the Movant.

   c. ☐ I am employed by Movant as (*title and capacity*):

   d. ☐ Other (*specify*):

2. a. ☒ I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the rental of this Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

   b. ☐ Other (see attached):

3. The Property is:

   ☒ Residential   ☐ Nonresidential

   *Street Address*: 3715 E. 52nd Unit A
   *Unit/Suite Number*:
   *City, State, Zip Code*: Maywood, CA, 90270

4. Movant is the  ☒ legal owner of the Property, or  ☐ the owner's legally authorized agent. A true and correct copy of the trustee's deed upon sale, lease, rental agreement, or other document evidencing Movant's interest in the Property is attached as Exhibit _1_____. A true and correct copy of the applicable document establishing Movant's authority as agent for the owner is attached as Exhibit _____.

5. The Debtor asserts a possessory interest in the Property based upon:

   (1) ☐ a month-to-month tenancy

   (2) ☒ a lease that is in default

   (3) ☒ after a foreclosure sale that was held on (*date*): _September 18_, 2019

   (4) ☐ other (*specify*):

6. The Debtor failed to pay:

   a. ☐ The monthly rent of $_____ beginning on (*date*): _____.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

100383015

b. ☐ Other obligations including:

   (1) ☐ Common area maintenance charges

   (2) ☐ Property taxes

   (3) ☐ Other obligations (*specify*):

7. Procedural status

a. ☐ The lease matured or was rejected on (*date*) _____:

   (1) ☐ by operation of law.

   (2) ☐ by order of the court.

b. ☒ Movant caused a notice to quit to be served upon the Debtor on (*date*) <u>November 01, 2019</u>, and a true and correct copy is attached as Exhibit <u>2</u>.

c. ☒ Before the bankruptcy petition was filed:

   (1) ☒ Movant filed a complaint for unlawful detainer against the Debtor on (*date*) <u>November 08, 2019</u>, and a true and correct copy is attached as Exhibit <u>3</u>.

   (2) ☐ Trial was held on (*date*) _____.

   (3) ☐ Trial was continued to (*date*) _____.

   (4) ☒ An unlawful detainer judgment against the Debtor was entered on the complaint for unlawful detainer on (*date*) <u>January 14, 2020</u>, and a true and correct copy is attached as Exhibit <u>4</u>.

   (5) ☒ A writ of possession for the Property was issued on (*date*) <u>January 14, 2020</u>, and a true and correct copy is attached as Exhibit <u>5</u>.

d. After the bankruptcy petition was filed:

   (1) ☒ The Debtor has not filed and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).

   (2) ☒ The Debtor or adult dependent of the Debtor has not deposited with the clerk any rent that would become due during the 30-day period after the filing of the bankruptcy petition.

   (3) ☒ The Debtor or adult dependent of the Debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

   (4) ☐ The Debtor filed and served on the Movant the certification required under 11 U.S.C. § 362(d)(1).

     (A) ☐ Movant filed and served an objection a copy of which is attached as Exhibit _____. A hearing on this objection is set for (*date*) _____.

     (B) ☐ Movant has not filed and served an objection.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 8                                    **F 4001-1.RFS.UD.MOTION**

100383015

(5) ☐ An unlawful detainer action was filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant has filed a certification that ☐ such action was filed or ☐ that the Debtor has endangered the Property within 30 days preceding the certification or allowed the illegal use of controlled substances on the Property. A copy of Movant's certification is attached hereto as Exhibit _____. The Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of the Debtor's objection, if filed, is attached as Exhibit ____. A hearing on this objection is set for: _____.

(6) ☐ Regular lease payments have not been made after the bankruptcy petition was filed.

8. ☒ The Debtor does not have an interest in the Property that could be assumed or assigned under 11 U.S.C. § 365.

9. ☒ The Property is not necessary to an effective reorganization because it is:

   a. ☐ Residential, and is not producing income for the Debtor.

   b. ☐ Commercial, but no reorganization is reasonably in prospect.

   c. ☒ No longer property of the estate.

   d. ☐ Other (specify):

10. ☒ The bankruptcy case was filed in bad faith:

   a. ☐ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

   b. ☒ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

   c. ☐ The Debtor filed only a few case commencement documents. Schedules and a statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

   d. ☐ Other (specify):

11. ☒ The filing of the bankruptcy petition was part of a scheme to delay, hinder or defraud creditors that involved:

   a. ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval. See attached continuation page of facts establishing the scheme.

   b. ☒ Multiple bankruptcy cases affecting the Property include:

   (1) Case name: Cosme R Sibrian _____

   Chapter: 13     Case number: 2:18-bk-21251-VZ _____

   Date filed: 09/25/2018     Date discharged: _____     Date dismissed: 08/26/2019

   Relief from stay regarding the Property ☒ was ☐ was not granted.

   (2) Case name: _____

   Chapter: _____     Case number: _____

   Date filed: _____     Date discharged: _____     Date dismissed: _____

   Relief from stay regarding the Property ☐ was ☐ was not granted.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014          Page 9          F 4001-1.RFS.UD.MOTION

100383015

(3) Case name: _____

Chapter: _____    Case number: _____

Date filed: _____    Date discharged: _____    Date dismissed: _____

Relief from stay regarding the Property ☐ was ☐ was not  granted.

☐ See attached continuation page for information about other bankruptcy cases affecting the Property.

☐ See attached continuation page for additional facts establishing that the multiple bankruptcy cases were part of a scheme to delay, hinder, or defraud creditors.

12. ☒ Enforcement actions taken after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

a. ☒ These actions were taken before Movant knew the bankruptcy petition was filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1/15/20                Colleen Riojas
Date                   Printed Name                                  Signature

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                              Page 10                              F 4001-1.RFS.UD.MOTION

# EXHIBIT 1

100383015



**This page is part of your document - DO NOT DISCARD**



## 20191130581



**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**10/22/19 AT 02:44PM**

| | | |
|---|---|---|
| FEES: | | 23.00 |
| TAXES: | | 726.55 |
| OTHER: | | 0.00 |
| PAID: | | 749.55 |



**L E A D S H E E T**



201910220940037

**00017338082**



010225988

**SEQ:**
**01**

**DAR - Counter (Upfront Scan)**



**THIS FORM IS NOT TO BE DUPLICATED**

WHEN RECORDED MAIL TO:
**Magnum Property Investments, LLC, A**
**Delaware Limited Liability Company**
P. O. Box 517
Agoura Hills, CA 91376



10/22/2019

*20191130581*

TRA# 00656
Trust No. **061037-CA**
Parcel No. 6311-001-017
Property Address:
**3715 E. 52ND STREET**
**MAYWOOD, CA 90270**

Space Above This Line For Recorder

| MAIL TAX STATEMENT TO: | Documentary Transfer Tax **$726.55** |
|---|---|
| | The Grantee Herein **was not** the Foreclosing |
| Same as above | Beneficiary. |

consideration **$660,500.00**
unpaid debt **$689,942.71**
_X_ Computed on the consideration or value of
property conveyed.
___ Computed on the consideration of value less liens
or encumbrances remaining at time of sale.

The undersigned declare under penalty of perjury

Signature of Declarant or Agent
APN **6311-001-017**

# TRUSTEE'S DEED UPON SALE

**CLEAR RECON CORP** (herein called trustee) does hereby grant and convey, but without covenant or warranty, express or implied to **Magnum Property Investments, LLC, A Delaware Limited Liability Company** (herein called Grantee) the real property in the county of **Los Angeles**, State of California described as follows:

**THE WEST 67 FEET OF LOT 1632 OF TRACT NO. 2829, IN THE CITY OF MAYWOOD, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 42 PAGE(S) 30 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY**

The street address and other common designation, if any, of the real property described above is purported to be: **3715 E. 52ND STREET, MAYWOOD, CALIFORNIA 90270**

CRC TDUS 07292019

TS #: **061037-CA**

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Successor Trustee, or Substituted Trustee, under that certain Deed of Trust executed by **COSME R. SIBRIAN, A SINGLE MAN** as Trustor, recorded **7/19/2007, as Instrument No. 20071709454,** of official Records in the Office of the Recorded of **Los Angeles** County, California; and pursuant to the Notice of Default recorded **1/5/2018, as Instrument No. 20180016339,** of Official Records of said County, Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by said Deed of Trust, including, among other things, as applicable, the mailing of copies of notices or the personal delivery of the copy of the notice of default or the posting of copies of the notice of sale or the publication of a copy thereof.

At the place fixed in the Notice of Trustee's Sale, Trustee sold said property above described at public auction on **9/18/2019** Grantee, being the highest bidder at such sale, became the purchased or said property and paid therefore to said Trustee the bid amount **$660,500.00** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date:        SEP 20 2019                 **CLEAR RECON CORP**

By: _____

TAMMY LAIRD
FORECLOSURE MANAGER

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California)
County of San Diego)

On _____ SEP 20 2019 _____ before me, _____ Christina Aguilar _____,
a Notary Public, personally appeared _____ Tammy Laird _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of _____ CALIFORNIA _____ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____

CHRISTINA AGUILAR
Notary Public - California
San Diego County
Commission # 2244677
My Comm. Expires Jun 1, 2022

**MAIL TAX STATEMENTS TO THE ABOVE MENTIONED ADDRESS**

# EXHIBIT 2

100383015

Notice to Any Renters Living At 3715 E. 52nd Unit A, Maywood, CA 90270, County of Los Angeles

   The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.
   You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.
   Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.
   You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps
in order to protect your rights.
   How to Get Legal Help
If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Internet Web site (www.lawhelpca.org), the California Courts Online
Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations." CC1785.26(c) (2).

Sec. 594 of the Penal Code of California states:  "Every person who maliciously injures, or destroys any real property not his own . . . is guilty of vandalism."

# NOTICE TO QUIT

To: All occupants, hereinafter referred to jointly, severally, individually and collectively as "You"

PREMISES: 3715 E. 52nd Unit A, Maywood, CA 90270, County of Los Angeles

Magnum Property Investments, LLC has purchased the above described property following a foreclosure of a deed of trust after default of a note.

## IF YOU WERE THE OWNER OF THE PROPERTY OR OTHERWISE NOT A TENANT:

Within 3 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.  If you fail to comply with this notice legal proceeding will be commenced against you to recover possession of said premises (and for such damages as may be allowed by law).

## IF YOU WERE A TENANT OF THE PROPERTY STATED ABOVE:

If a party to the above mentioned note remains in the property, then within 30 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.

Otherwise, then if you are a tenant with a fixed term lease that expires within 90 days of the service of this notice upon you, then you must quit and move out of the unit at the expiration of your fixed term. If you are a tenant on a month tenancy or with a fixed term lease that does not expire within 90 days of the service of this notice, then within 90 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.  If you fail to comply with this notice legal proceeding will be commenced against you to recover possession of said premises (and for such damages as may be allowed by law). Additionally and separately, any fixed term lease is hereby declared terminated 90 days after service of this notice.

Date: October 31, 2019                    Owner/Agent: Magnum Property Investments, LLC

*You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations." CC1785.26(c) (2).

Sec. 594 of the Penal Code of California states:  "Every person who maliciously injures, or destroys any real property not his own . . . is guilty of vandalism."

# NOTICE TO PERFORM OR QUIT

**IF YOU WERE A TENANT PLEASE NOTE:** Within three days after the date of service of a copy of this notice upon you, you are required to deliver a written statement, identifying all current occupants of the premises, and further identifying all current terms of your rental agreement. The statement must be delivered to the following address:

Magnum Property Investments, LLC
27489 Agoura Road Ste. 201
Agoura Hills CA, 91301

IF YOU FAIL to comply with the above, you must quit and deliver possession of the premises within three days of the service of this notice. If you fail to comply with this notice, Landlord elects to declare forfeiture of your rental agreement immediately.

Date: October 31, 2019                 Owner/Agent: Magnum Property Investments, LLC

*You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations." CC1785.26(c) (2).

Sec. 594 of the Penal Code of California states:  "Every person who maliciously injures, or destroys any real property not his own . . . is guilty of vandalism."

# EXHIBIT 3

100383015

Electronically FILED by Superior Court of California, County of Los Angeles on 11/08/2019 01:00 PM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Galvez,Deputy Clerk

Case 2:20-bk-10198-VZ    Doc 19    Filed 01/23/20    Entered 01/23/20 09:48:02    Desc
Main Document    Page 20 of 38

Lane M. Nussbaum SBN 264200
Brandon S. Dimond  SBN 266876
Nussbaum APC
27489 Agoura Road Ste. 102
Agoura Hills, CA 91301
Tel. 818-660-1919
Fax. 818-864-3241
info@nussbaumapc.com

Attorneys for Plaintiff Magnum Property Investments, LLC

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| MAGNUM PROPERTY INVESTMENTS, LLC | **CASE NO.** 19NWUD02481 |
| | **UNLAWFUL DETAINER COMPLAINT** |
| Plaintiff, | LIMITED ACTION |
| vs. | |
| COSME R. SIBRIAN and DOES 1-10 | **Action based on CCP §1161a; amount demanded does not exceed $10,000** |
| Defendants. | |

**PLAINTIFF ALLEGES:**

1.      Plaintiff Magnum Property Investments, LLC is the owner of, and entitled to immediate possession of the real property commonly known as 3715 E. 52nd Unit A, Maywood, CA 90270, County of Los Angeles ("the Premises"). Magnum Property Investments, LLC, is authorized to do business within the State of California and the above-entitled judicial district.

2.      Plaintiff is ignorant of the true names and capacities of the defendants sued herein as All Occupants in Possession. Plaintiff is informed and believes and thereon alleges that each

100343487

of defendants is responsible in some manner for the occurrences herein alleged, and that plaintiff's damages as herein alleged were proximately caused by said defendants who are occupants and not tenants for rent of the Premises.

3.     Plaintiff is informed and believes that the Premises were subject to a lien by a Trustor through a deed of trust (the "DOT") to secure a promissory note (the "Note"), and said Trustor defaulted in the payment of such Note. Thereafter, at the request of the beneficiary under the DOT, the trustee under the DOT caused to be recorded a notice of default of the Note and a notice of sale of the Premises pursuant to the terms of the DOT to satisfy the obligations under the Note.

4.     On September 18, 2019 a foreclosure sale took place and Plaintiff took title to the Premises and received an executed Trustee's Deed Upon Sale.

5.     The Premises were sold in accordance with section 2924 of the Civil Code, under power of sale contained in a deed of trust executed by the defendant herein, and title under the sale was been duly perfected by the recording of the Trustee's Deed upon Sale in the county Recorder's Office. Plaintiff purchased the Premises as a bona fide purchaser, lacking knowledge of any adverse claims regarding title or the foreclosure process.

6.     Cosme R. Sibrian ("Defendant") is not a tenant and held possession of the Premises after the foreclosure sale.  On November 01, 2019, Plaintiff caused to be served upon Defendant a written notice to quit and deliver up possession of the Premises property.  A true copy of said notice is attached hereto, labeled exhibit "A" and incorporated herein by reference. Proof of Service to attachment "A" is attached hereto as exhibit "B". The notice to quit was served after the perfection of Plaintiff's title.

7.     Plaintiff is informed and believes that, all other Defendants named are not tenants. To the extent that any occupants are tenants, occupants have been requested, in writing and orally to provide the terms of their tenancy. Occupants refused to comply with these requests. Occupants were then served a Three Day Notice to provide the terms of their lease agreement or to execute a new lease. Occupants have refused or failed to comply with the notice, and as such have forfeited any such rental agreement or right to tenancy.

100343487

8.      The notice to quit has since expired but Defendants have failed and refused to deliver up possession of the Premises.

9.      Defendants continue in possession of the Premises without permission or consent of Plaintiff, and contrary to the notice to quit.

10.     Plaintiff may assign its interest. In the event that such unlawful detainer litigation is in progress, all parties agree that it is the intention of new assignee and Plaintiff that new assignee shall have the right to prosecute any pending unlawful detainer action regarding the property.

11.     The daily fair market value of the Premises is $33.33.

WHEREFORE, Plaintiff prays judgment against defendants as follows:

1.      For restitution of the above-described premises;

2.      For costs incurred herein;

3.      For such other further relief as the Court may deem fit and proper;

4.      For holdover damages at the daily rate stated in the complaint.

Dated: November 8, 2019

_____

Lane Nussbaum
Attorney for Plaintiff

100343487

## **Verification**

I, Colleen Riojas, declare:

I am a property manager of Plaintiff. I have read the foregoing complaint and know the contents thereof. I am the most knowledgeable person regarding the facts therein, and am therefore authorized to make this verification on its behalf. The matters stated within it are true of my own knowledge and belief, except as to those matters which are stated to be on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct. Executed on November 8, 2019 in Los Angeles, California

Colleen Riojas
Declarant

## EXHIBIT A

100343488

Notice to Any Renters Living At 3715 E. 52nd Unit A, Maywood, CA 90270, County of Los Angeles

   The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

   You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

   Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

   You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

   How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Internet Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations." CC1785.26(c) (2).

Sec. 594 of the Penal Code of California states:  "Every person who maliciously injures, or destroys any real property not his own . . . is guilty of vandalism."

# NOTICE TO QUIT

To: All occupants, hereinafter referred to jointly, severally, individually and collectively as "You"

PREMISES: 3715 E. 52nd Unit A, Maywood, CA 90270, County of Los Angeles

Magnum Property Investments, LLC has purchased the above described property following a foreclosure of a deed of trust after default of a note.

**IF YOU WERE THE OWNER OF THE PROPERTY OR OTHERWISE NOT A TENANT:**

Within 3 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.  If you fail to comply with this notice legal proceeding will be commenced against you to recover possession of said premises (and for such damages as may be allowed by law).

**IF YOU WERE A TENANT OF THE PROPERTY STATED ABOVE:**

If a party to the above mentioned note remains in the property, then within 30 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.

Otherwise, then if you are a tenant with a fixed term lease that expires within 90 days of the service of this notice upon you, then you must quit and move out of the unit at the expiration of your fixed term. If you are a tenant on a month tenancy or with a fixed term lease that does not expire within 90 days of the service of this notice, then within 90 days after the date of service of this notice upon you, you are required to quit and move out of the above described property.  If you fail to comply with this notice legal proceeding will be commenced against you to recover possession of said premises (and for such damages as may be allowed by law). Additionally and separately, any fixed term lease is hereby declared terminated 90 days after service of this notice.

Date: October 31, 2019                    Owner/Agent: Magnum Property Investments, LLC

*You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations." CC1785.26(c) (2).

Sec. 594 of the Penal Code of California states:  "Every person who maliciously injures, or destroys any real property not his own . . . is guilty of vandalism."

# NOTICE TO PERFORM OR QUIT

**IF YOU WERE A TENANT PLEASE NOTE:** Within three days after the date of service of a copy of this notice upon you, you are required to deliver a written statement, identifying all current occupants of the premises, and further identifying all current terms of your rental agreement. The statement must be delivered to the following address:

Magnum Property Investments, LLC
27489 Agoura Road Ste. 201
Agoura Hills CA, 91301

IF YOU FAIL to comply with the above, you must quit and deliver possession of the premises within three days of the service of this notice. If you fail to comply with this notice, Landlord elects to declare forfeiture of your rental agreement immediately.

Date: October 31, 2019                Owner/Agent: Magnum Property Investments, LLC

*You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations." CC1785.26(c) (2).

Sec. 594 of the Penal Code of California states:  "Every person who maliciously injures, or destroys any real property not his own . . . is guilty of vandalism."

# **EXHIBIT B**

100343489

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES

STREET ADDRESS: 12720 Norwalk Blvd.

MAILING ADDRESS: 12720 Norwalk Blvd.

CITY AND ZIP CODE: Norwalk 90650

BRACH NAME: Norwalk Courthouse

**CASE NAME:** Magnum Property Investments, LLC v. Cosme R. Sibrian, et al.

# PROOF OF SERVICE OF NOTICE

Ref No.:

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION. I SERVED COPIES OF THE BELOW DOCUMENT AS FOLLOWS:

DOCUMENT SERVED: CCP 1161a Notice to Quit

PERSONS SERVED: Cosme R. Sibrian

LOCATION OF SERVICE: 3715 E. 52nd Unit A Maywood, CA 90270

SERVICE DATE AND TIME: 11/1/19 at 6:33 pm

METHOD OF SERVICE: By posting the notice in a conspicuous place on the property, after having attempted personal service to the occupant at the Property address listed above, and after knocking loudly at the entrance, and having been unable to find there a person of suitable age and discretion, and also mailing a second copy to the occupant at the property from Agoura Hills on November 1, 2019.

I am a Registered California Process Server.

Alexandra Melgoza

P.O. Box 243

Agoura Hills, CA 91376

818-964-0895

Registration No.: 2014277065

County: Los Angeles

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in this return of service is true and correct.

Dated: November 01, 2019

Signature: _Alexandra Melgoza_

Alexandra Melgoza

**Litigati, Inc. Registration: 2014300771**

# EXHIBIT 4

100383015

**UD-110**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | **FOR COURT USE ONLY** |

⎣ Lane Nussbaum SBN 264200, Brandon Dimond SBN 266876

27489 Agoura Rd., Ste. 102, Agoura Hills, CA 91301

TELEPHONE NO.: Tel: 818-660-1919    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* info@nussbaumapc.com
ATTORNEY FOR *(Name):* Magnum Property Investments, LLC

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 12720 Norwalk Blvd.
MAILING ADDRESS: 12720 Norwalk Blvd.
CITY AND ZIP CODE: Norwalk 90650
BRANCH NAME: Norwalk Courthouse

PLAINTIFF: Magnum Property Investments, LLC

DEFENDANT: Cosme R. Sibrian, et al.

| **JUDGMENT—UNLAWFUL DETAINER** | CASE NUMBER: |
|---|---|
| ☑ **By Clerk**  ☑ **By Default**  ☐ **After Court Trial**<br>☐ **By Court**  ☑ **Possession Only**  ☐ **Defendant Did Not Appear at Trial** | 19NWUD02481 |

**JUDGMENT**

1. ☑ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☑ **Clerk's Judgment** (Code Civ. Proc., § 1169). For possession only of the premises described on page 2 (item 4).
   e. ☐ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☐ plaintiff's or others' written declaration and evidence (Code Civ. Proc., § 585(d)).

2. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time):*

      before *(name of judicial officer):*

   b. Appearances by:
      ☐ Plaintiff *(name each):*                    ☐ Plaintiff's attorney *(name each):*
                                                       (1)
                                                       (2)

      ☐ Continued on *Attachment* 2b (form MC-025).

      ☐ Defendant *(name each):*                    ☐ Defendant's attorney *(name each):*
                                                       (1)
                                                       (2)

      ☐ Continued on *Attachment* 2b (form MC-025).

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.

   d. ☐ A statement of decision (Code Civ. Proc., § 632) ☐ was not ☐ was requested.

Form Approved for Optional Use
Judicial Council of California
UD-110 [New January 1, 2003]

**Page 1 of 2**

**JUDGMENT—UNLAWFUL DETAINER**

Code of Civil Procedure, §§ 415.46,
585(d), 664.6, 1169

100380498

*Electronically Received 01/13/2020 10:49 AM*

| | |
|---|---|
| PLAINTIFF:  Magnum Property Investments, LLC<br><br>DEFENDANT:  Cosme R. Sibrian, et al. | CASE NUMBER:<br>**19NWUD02481** |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** ☐ **THE COURT**    ☑ **THE CLERK**

3. **Parties.** Judgment is

a. ☑ for plaintiff *(name each)*: Magnum Property Investments, LLC

     and against defendant *(name each)*:

Cosme R. Sibrian

     ☐ Continued on *Attachment* 3a (form MC-025).

b. ☐ for defendant *(name each)*:

4. ☑ Plaintiff  ☐ Defendant  is entitled to possession of the premises located at  *(street address, apartment, city, and county):*

     3715 E. 52nd Unit A, Maywood, CA 90270, County of Los Angeles

5. ☐ Judgment applies to all occupants of the premises including tenants, subtenants if any, and named claimants if any (Code Civ. Proc., §§ 715.010, 1169, and 1174.3).

6. **Amount and terms of judgment**

a. ☐ Defendant named in item 3a above must pay plaintiff on the complaint:

           b. ☐ Plaintiff is to receive nothing from defendant named in item 3b.
           ☐ Defendant named in item 3b is to recover costs: $
           ☐ and attorney fees:  $                    .

| | | |
|---|---|---|
| (1) ☐ | Past-due rent | $ |
| (2) ☐ | Holdover damages | $ |
| (3) ☐ | Attorney fees | $ |
| (4) ☐ | Costs | $ |
| (5) ☐ | Other *(specify):* | $ |
| (6) | **TOTAL JUDGMENT** | $ |

c. ☐ The rental agreement is canceled.    ☐ The lease is forfeited.

7. ☐ **Conditional judgment.** Plaintiff has breached the agreement to provide habitable premises to defendant as stated in *Judgment—Unlawful Detainer Attachment* (form UD–110S), which is attached.

8. ☐ **Other** *(specify):*

     ☐ Continued on *Attachment* 8 (form MC-025).

Date: ☐ _____
Sherri R. Carter Executive Officer / Clerk of Court      JUDICIAL OFFICER

Date:  01/14/2020      ☑ Clerk, by _____ Beatriz Gonzalez _____ , Deputy

(SEAL)

**CLERK'S CERTIFICATE** *(Optional)*

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____ , Deputy

UD-110 [New January 1, 2003]      **JUDGMENT—UNLAWFUL DETAINER**      **Page 2 of 2**

100380498

# EXHIBIT 5

100383015

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 264200 | FOR COURT USE ONLY |
|---|---|---|

NAME: Lane Nussbaum
FIRM NAME: Nussbaum APC
STREET ADDRESS: 27489 Agoura Rd, Suite 102
CITY: Agoura Hills    STATE: CA    ZIP CODE: 91301
TELEPHONE NO.: 818-660-1919    FAX NO.:
E-MAIL ADDRESS: lnussbaum@nussbaumapc.com
ATTORNEY FOR (name): **Magnum Property Investments, LLC**
[✔] ORIGINAL JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 12720 Norwalk Blvd.
MAILING ADDRESS: 12720 Norwalk Blvd.
CITY AND ZIP CODE: Norwalk 90650
BRANCH NAME: Norwalk Courthouse

| Plaintiff: **Magnum Property Investments, LLC** | CASE NUMBER: |
|---|---|
| Defendant: Cosme R. Sibrian, et al. | 19NWUD02481 |

| WRIT OF | [ ] EXECUTION (Money Judgment) | [✔] Limited Civil Case (including Small Claims) |
|---|---|---|
| | [✔] POSSESSION OF [ ] Personal Property | |
| | [ ] SALE [✔] Real Property | [ ] Unlimited Civil Case (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** Los Angeles
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Magnum Property Investments, LLC
   is the [✔] original judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   > Cosme R. Sibrian
   >
   > 3715 E. 52nd Unit A, Maywood, CA 90270, County of Los Angeles

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on (date): 01/14/2020

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ
   a. [✔] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

9. [✔] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.

   **For Items 11–17, see form MC-012 and form MC-013-INFO**

| 11. Total judgment (as entered or renewed) | $ | 0.00 |
|---|---|---|
| 12. Costs after judgment (CCP 685.090) | $ | 0.00 |
| 13. Subtotal (add 11 and 12) | $ | 0.00 |
| 14. Credits to principal (after credit to interest) | $ | 0.00 |
| 15. Principal remaining due (subtract 14 from 13) | $ | 0.00 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | 0.00 |
| 17. Fee for issuance of writ | $ | 40.00 |
| **18. Total** (add 15, 16, and 17) | $ | 40.00 |

19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . $    0.00
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) . . . . . . . . . . . . . . . $    0.00

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]



Sherri R. Carter Executive Officer / Clerk of Court

| Issued on (date): 01/14/2020 | Clerk, by   Beatriz Gonzalez | , Deputy |
|---|---|---|

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2018]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

100380501

EJ-130

| | | CASE NUMBER: |
|---|---|---|
| Plaintiff: | **Magnum Property Investments, LLC** | 19NWUD02481 |
| Defendant: | Cosme R. Sibrian, et al. | |

21. ☐  Additional judgment debtor *(name, type of legal entity if not a natural person, and last known address):*

22. ☐  Notice of sale has been requested by *(name and address):*

23. ☐  Joint debtor was declared bound by the judgment (CCP 989–994)

 a.  *on (date):*  
 b.  name, type of legal entity if not a natural person, and last known address of joint debtor:

 a.  *on (date):*  
 b.  name, type of legal entity if not a natural person, and last known address of joint debtor:

 c. ☐  Additional costs against certain joint debtors are itemized:  ☐ Below  ☐ On Attachment 23c

24. ☑  (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

 a. ☑  Possession of real property: The complaint was filed on  *(date):* November 08, 2019  
 *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

  (1) ☐  The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

  (2) ☑  The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.

  (3) ☑  The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a Claim of Right to Possession at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a Prejudgment Claim of Right to Possession was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

  (4) If the unlawful detainer resulted from a foreclosure (item 24a(3)), or if the Prejudgment Claim of Right to Possession was not served in compliance with CCP 415.46 (item 24a(2)), answer the following:

   (a) The daily rental value on the date the complaint was filed was  $ 33.33

   (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*  
   MON - FRI at 8:30 AM   Monday through Friday at 8:30 A.M. - Clerk's Office

 b. ☐  Possession of personal property.  
  ☐ If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.  
 c. ☐  Sale of personal property.  
 d. ☐  Sale of real property.  
 e. ☐  The property is described: ☑ Below  ☐ On Attachment 24e  
  3715 E. 52nd Unit A, Maywood, CA 90270, County of Los Angeles

100380501

**EJ-130**

| | | CASE NUMBER: |
|---|---|---|
| Plaintiff: | Magnum Property Investments, LLC | 19NWUD02481 |
| Defendant: | Cosme R. Sibrian, et al. | |

### NOTICE TO PERSON SERVED

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

100380501

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

27489 Agoura Road, Ste. 102, Agoura Hills, CA 91301

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) (with supporting declarations) (UNLAWFUL DETAINER)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _01/15/2020_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Bankruptcy Trustee - trustee13la@aol.com
US Trustee - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _01/15/2020_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Each person below has been served via overnight mail service:

Cosme R Sibrian - 3715 E 52nd Street Maywood, CA 90270
Hon.  Vincent P. Zurzolo - 255 E. Temple St. Suite 1360 / Courtroom 1368 Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 16, 2020 | Shauna Wilcox | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                Page 11                        **F 4001-1.RFS.UD.MOTION**

100383015

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

27489 Agoura Road, Ste. 102, Agoura Hills, CA 91301

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) (with supporting declarations) (UNLAWFUL DETAINER)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___01/23/2020___ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Bankruptcy Trustee - trustee13la@aol.com
US Trustee - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_ 01/23/2020 ___ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Each person below has been served via overnight mail service:

Cosme R Sibrian - 3715 E 52nd Street Maywood, CA 90270
Hon.  Vincent P. Zurzolo - 255 E. Temple St. Suite 1360 / Courtroom 1368 Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _January 23, 2020_ | Shauna Wilcox | |
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

100383015